11/2/18

ARIAS v. JDC, et. al.                    15-cv-03998

Settled as follows:

1. $85,000.00 paid today by Certified Check.

2. Commencing on 1/2/19 Defendants will pay at least $5,000.00 per month towards the balance due of $85,000.00. If Defendant can they will pay additional funds each month.

3. Any balance will be paid on or before July 1, 2019 with interest at 4.5% from November 21, 2018.

4. If any balance of the Settlement sum of $170,000.00 is not paid by July 1, 2019, then interest shall increase to 9%.

5. There is no prepayment penalty.

X _____ Saul Zabell          X _____
Counsel for Plaintiffs            Counsel for Defendants

X _____