11/26/18

ARIAS v. JDC, et al.   15-cv-03998

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 27 2018 ★
LONG ISLAND OFFICE

Settled as follows:

1. $85,000.00 paid today by Certified Check.

2. Commencing on 1/2/19 Defendants will pay at least $5,000.00 per month towards the balance due of $85,000.00. If Defendant can they will pay additional funds each month.

3. Any balance will be paid on or before July 1, 2019 with interest at 4.5% from November 21, 2018.

4. If any balance of the settlement sum of $170,000.00 is not paid by July 1, 2019 then interest shall increase to 9%.

5. There is no prepayment penalty.

X /s/ Saul Zabell        X /s/
Counsel for Plaintiffs    Counsel for Defendants

X /s/

Case closed

SO ORDERED

/s/ Arthur D. Spatt

Arthur D. Spatt, U.S.D.J.     Date

11/27/18